LAW OFFICE OF
## JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

January 11, 2020

*[Handwritten note: Conference adjourned from January 14 to January 17 at 2:15pm. SO ORDERED. /s/ PKC USDJ 1-14-20]*

**BY ECF**

Hon. P. Kevin Castel, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Kenneth Hoyt*, 13 Cr. 148 (PKC) (VOSR).

Dear Judge Castel:

As counsel to Kenneth Hoyt, I request that the conference scheduled for tomorrow, January 12th, at 2:00 p.m., be adjourned to a time convenient for the Court in the afternoon of Friday, January 17th, or afternoon of Tuesday, January 21st. I have spoken with A.U.S.A. Negar Tekeei, who consents and is available on those dates.

I make this request because of a scheduling problem. Unfortunately, I did not receive the ECF notification regarding the conference because I (apparently) had not filed a Notice of Appearance and was not listed on the docket as attorney of record.

Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel