UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              13-cr-148 (PKC)

      -against-

                                                            <u>ORDER</u>

KENNETH HOYT,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

       Robert Soloway is appointed CJA counsel to defendant Kenneth Hoyt to represent him on a violation of supervised release.

       SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
        August 19, 2020