UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                              :

UNITED STATES OF AMERICA,

                                              :   **ORDER**

   – v. –

                                              :   13 Cr. 148-01 (PKC)

KENNETH HOYT,

                                              :

                      Defendant.

                                              :
------------------------------------- x

The Court hereby authorizes the United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") to use reasonable force necessary to remove the defendant, Kenneth Hoyt, from the Metropolitan Correctional Center ("MCC") to be presented in this District, and thereafter for proceedings in *United States* v. *Kenneth Hoyt*, 13 Cr. 148-01 (PKC).

Dated:    New York, New York
            August __, 2020

                                              _____
                                              THE HONORABLE P. KEVIN CASTEL
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK