UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES,

                                                                                        13-cr-148 (PKC)

      -against-

                                                                                        <u>ORDER</u>

KENNETH HOYT,

                         Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

      A teleconference in this action is scheduled for September 9, 2020 at 10:30 a.m.

The call-in information for this teleconference is:

      <u>Dial-in</u>:      (888) 363-4749

      <u>Access Code</u>:  3667981

      SO ORDERED.

                                                                  *[signature: P. Kevin Castel]*

                                                              P. Kevin Castel
                                                          United States District Judge

Dated:  New York, New York
           September 2, 2020