

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2020

VOSR hearing adjourned from November 18, 2020 to December 18, 2020 at 11:30 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 11/12/2020

P. Kevin Castel
United States District Judge

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *United States v. Kenneth Hoyt*, 13 Cr. 148-PKC

Dear Judge Castel:

     The Government submits this letter jointly on behalf of the parties to request an adjournment of the upcoming VOSR hearing in this matter that is currently scheduled for November 18, 2020. The Government understands from defense counsel that defense counsel will only be able to speak in-person with his client this coming Tuesday, November 10, 2020. The parties anticipate being able to provide the Court with an update as to whether the parties intend to proceed with a hearing, and whether the defendant will be waiving his in-person appearance at such a hearing, shortly thereafter. Consequently, the parties respectfully request a 30-day adjournment in this matter to December 18, 2020.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

CC:   Robert Soloway, Counsel for Kenneth Hoyt

06.20.2018