UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                13-cr-148 (PKC)

      -against-

                                                ORDER

KENNETH HOYT,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The proceeding in this matter is rescheduled to 10:30 a.m. on December 18, 2020 and will take place telephonically. The dial-in information for this proceeding is as follows:

       <u>Dial-in</u>:     (888) 363-4749

       <u>Access Code</u>:  3667981

       SO ORDERED.

                                                  P. Kevin Castel
Dated:  New York, New York           United States District Judge
           December 9, 2020