UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    13-cr-148 (PKC)

         -against-                                              <u>ORDER</u>

KENNETH HOYT,

                              Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The VOSR hearing scheduled for December 18, 2020 is adjourned to January 8, 2021 at 11:00 a.m..

        SO ORDERED.

                                                                   P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
       December 9, 2020