UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             13 CR 148 (PKC)

       -against-                                             ORDER

KENNETH HOYT,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The TIME for the VOSR hearing scheduled on September 12, 2023 is moved to 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                    P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
           August 4, 2023