UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                            13 CR 148 (PKC)

        -against-                                      ORDER

KENNETH HOYT,

                            Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        VOSR conference originally scheduled for February 20, 2024 is adjourned to March 26, 2024 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                        P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
           February 12, 2024