UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            13 CR 148 (PKC)

       -against-                                       ORDER

KENNETH HOYT,

                           Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The Court declines to issue "guidance" but it will treat the government's letter of October 25, 2024 as a motion in limine seeking to admit the testimony of the state trial witnesses without the need to call those witnesses at the violation hearing. Defendant shall respond by November 1, 2024 and the government may reply by November 6, 2024. The October 30 hearing is adjourned to November 21, 2024 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 28, 2024