# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 907
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

January 9, 2025

> Sentencing is adjourned from January 14, 2025 to January 22, 2025 at 3:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 1/12/2025
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**BY ECF**
Hon. P. Kevin Castel
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Kenneth Hoyt**
13 Cr. 148 (PKC)

Dear Judge Castel:

We write to request an adjournment of the due date for sentencing submissions in the above case currently scheduled for today January 9, 2025, until January 17, 2025.

In my haste to file a request to adjourn the actual sentence date, which we did on January 7, 2025, I neglected to include a concomitant request for an adjournment of the filing date for sentencing submissions.

The government does not oppose this request. However, after conferring with the government, we withdraw the request for a sentence on February 5-7, 2025, and instead jointly request the sentencing be scheduled for the afternoon of January 22, 2025, in the afternoon, if possible, and if convenient for the court.

Accordingly, the parties jointly request the following schedule:

- Sentencing submissions: January 17, 2025
- Sentencing hearing: January 22, 2025 (afternoon if possible)

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman