

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 14, 2025

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing is rescheduled to January 21, 2025 at 3:30 p.m.
SO ORDERED.
Dated: 1/14/2025

P. Kevin Castel
United States District Judge

Re:   **United States v. Kenneth Hoyt**, 13 Cr. 148 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter on behalf of both parties to request that the sentencing in this matter, currently scheduled for January 22, 2025, be rescheduled to January 21, 2025, at 3:30 p.m. The adjournment will allow U.S. Probation Officer Franklin Carvajal, who has extensive experience with this matter, to attend. In addition, the parties respectfully request that the Court reset the deadline for any sentencing submissions to January 17, 2025.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By:   Negar Tekeei
Lauren E. Phillips
Assistant United States Attorneys
(212) 637-2482 / 2231

cc:   Louis M. Freeman (by ECF)
United States Probation Officer Franklin Carvajal (by email)